
SLIP OPINION

Cite as 2014 Ark. 263

# SUPREME COURT OF ARKANSAS
No.

| | **Opinion Delivered**  May 29, 2014 |
|---|---|
| IN RE CLIENT SECURITY FUND COMMITTEE | |

### PER CURIAM

We reappoint Bill Bristow, Esq., of Jonesboro, First Congressional District, to the Client Security Fund Committee for a five-year term to expire on July 31, 2019. The court expresses its gratitude to Mr. Bristow for his dedicated service to the committee and his willingness to continue in this service.